IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-CR-30176-DRH |
| ) | |
| HAMZA L. NIJMEH, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF FACTS**

Donald Boyce, United States Attorney for the Southern District of Illinois, and Christopher Hoell, Assistant United States Attorney for said District, herewith enters into the following Stipulation of Facts with the defendant:

1. On August 17, 2015, the Bernalillo County Sheriff's Office, based out of Albuquerque, New Mexico received a cyber-tip from the National Center for Missing and Exploited Children (NCMEC). The tip was submitted to NCMEC by an individual in Albuquerque, NM named Randy Martinez who self-reported trading child pornography.

2. Investigators with the Bernalillo County Sheriff's Office interviewed Martinez shortly after receiving the tip. Martinez admitted to submitting the tip about himself and further stated that he used the Kik messaging app on his cell phones to trade images and videos of child pornography with a variety of individuals. Investigators discovered over a thousand images and videos of child pornography on Martinez's phone. A computer analysis revealed a series of communications between Martinez and an individual with a screen name of "suckiteze" between August 12 and August 18, 2015. During these conversations, multiple videos of child pornography were exchanged between the two individuals.

3. Investigators linked the "suckiteze" screen name with an IP address of 107.192.126.229. Subpoenas to AT&T revealed that the 107.192.126.229 IP address was registered to the Defendant. At that point, agents with the Federal Bureau of Investigations' Fairview Heights division took over the investigation.

4. On November 12, 2015, FBI agents contacted Defendant at his place of business, 8308 State Street, East St. Louis, Illinois. Defendant consented to a video-taped interview. During this interview, Defendant admitted to using the Kik application on his cellular phone to trade child pornography with various individuals including Martinez. A forensic examination of Defendant's cell phone revealed approximately 250 movies and images of child pornography on his cellular phone and computer.

5. On August 15, 2015, Defendant knowingly distributed a computer image file containing child pornography entitled *63ce8364ab78963deb3f16fc062f1b59.JPG*. This file was shipped in interstate commerce.

6. On August 14, 2015, Defendant knowingly received a computer image file containing child pornography entitled *12f5223e9973ceabcaafe6bd0a87d142.JPG*. This file was shipped in interstate commerce.

7. Defendant's distribution and receipt of child pornography occurred within the Southern District of Illinois.

**SO STIPULATED:**

_____
HAMZA L. NIJMEH
Defendant

_____
JAMES GOMRIC
Attorney for Defendant

Date: 1/11/17

DONALD BOYCE
United States Attorney

_____
CHRISTOPHER HOELL
Assistant United States Attorney

Date: 1-25-17