# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.           **CRIMINAL NO. 15-CR-30176-DRH**

**HAMZA L. NIJMEH,**

    **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On April 25, 2017, this court entered an order for forfeiture against defendant Hamza L. Nijmeh for the following property which had been seized from the defendant:

**One black IPhone 5 having serial number DQGM9GB4FH19, and Apple MacBook Pro having serial number C02J16LADTY4.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(7).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 27, 2017, and ending May 26, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear

title to the above-described property that is the subject of the Order of Forfeiture filed on April 25, 2017, namely:

**One black IPhone 5 having serial number DQGM9GB4FH19, and Apple MacBook Pro having serial number C02J16LADTY4.**

The Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2017.

Judge Herndon
2017.06.27
13:59:35 -05'00'
_____
**DAVID R. HERNDON**
**United States District Court Judge**